**Order entered January 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00124-CV

## IN RE RSR CORPORATION AND QUEMETCO METALS LIMITED, INC., Relators

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-13797**

## ORDER
**Before Justices Moseley, Francis, and Fillmore**

The Court has before it relators' petition for writ of mandamus. The Court requests that

real parties in interest and respondent file any responses by February 21, 2013.


/s/     JIM MOSELEY
          PRESIDING JUSTICE